UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW WALSH,<br><br>                         Plaintiff,<br><br>      -against-<br><br>ENTERPRISE HOLDINGS, INC., EAN HOLDINGS d/b/a ENTERPRISE RENT-A-CAR, ALAMO RENT A CAR, and JOHN and JANE DOE 1 through 5,<br><br>                        Defendants. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**<br><br>21 CV 4187 (ENV) (RML) |

**Please take notice that**, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Andrew Walsh hereby voluntarily dismisses this action without prejudice.

Dated:      August 16, 2021
              Briarcliff Manor, New York

                                                      Elefterakis, Elefterakis & Panek

                                                      _____
                                                      Gabriel P. Harvis
                                                      80 Pine Street, 38th Floor
                                                      New York, New York 10005
                                                      (212) 532-1116

                                                      *Attorneys for plaintiff*